(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

Rachel Luanne Robertson

**Plaintiff(s)**

Case No. 2:23 CV 2473

JUDGE GRAHAM
MAGISTRATE JUDGE VASCURA

vs.

Joseph Robinette Biden Jr.
President of the United States

**Defendants(s)**

**APPLICATION/ MOTION TO PROCEED
WITHOUT PREPAYMENT OF FEES
(IN FORMA PAUPERIS)
AND AFFIDAVIT IN SUPPORT THEREOF**

**Instructions: In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.**

I. Are you employed?  Yes ✔  No ___
  A. If you answered "Yes":
    (1) What is the name and address of your employer
      McDonald's
      10904-325
      Centerville OH 45628
    (2) How much do you earn per month? $1440

  B. If you answered "No"
    (1) Have you ever been employed?  Yes ___  No ___
    If yes, what was the last year and month you were employed? ___
    How much did you earn a month? ___

II. What is your marital status?
  Single ___  Married ___  Widowed ___  Divorced ✔
  A. If you answered "Married":
    (1) Is your spouse employed?  Yes ___  No ___
    If yes, how much does your spouse earn each month?
    $ ___

III. Do you have any dependents?  Yes ✔  No ___
If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

| Name | Relationship | Amount |
|---|---|---|
| ZH | son | 40 |
| SH | daughter | 40 |
| HR | son | 20 |
| KH | son | 20 |
| MH | daughter | 20 |

IV. Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?  Yes ___  No ✔
  A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|---|---|---|---|
| ___ | $ ___ | ___ | $ ___ |
| ___ | $ ___ | ___ | $ ___ |
| ___ | $ ___ | ___ | $ ___ |

**V. Do you have any cash on hand or money in a savings, checking, or other account?**
   Yes ✓   No ___

   A. If you answered "Yes", state the combined total amount:
      $ 2 .

**VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?**
   Yes ✓   No ___

   A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
| 5 acres | $20,520 | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

**VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:**

| Creditor | Amount Owed | Creditor | Amount Owed | |
|---|---|---|---|---|
| Lendmark | $185 monthly | Nelnet | $35,290.00 | Student loan |
| Scotts RTO | $520.15 monthly | AEP | $3,100.00 Approx | |
| Scotts RTO | $629.27 monthly | | $ | |
| Safe Auto | $216.00 monthly | | $ | |

**VIII. State your address and telephone number where the Court can reach you.**

4093 Clabber Rd
Columbus OH 43207
740-209-9007
robertsonrachel91@yahoo.com

I declare under penalty of perjury that the above information is true and correct.

8/02/2023                    Rachel Robn
    Date                     Signature of Applicant

-3-