RECEIVED

UNITED STATES DISTRICT COURT

AUG - 2 2023

RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

for the

Southern District of Ohio

Civil Division

Robertson, Rachel L.
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Biden, Joseph R.
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 2:23 CV 2473
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

JUDGE GRAHAM

MAGISTRATE JUDGE VASCURA

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Rachel Robertson
Address: 4093 Clabber Rd
City: Columbus  State: OH  Zip Code: 43207
County: Franklin
Telephone Number: 740-208-8008
E-Mail Address: robertsonrachel91@yahoo.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Joseph Robinette Biden Jr.
Job or Title: President of the United States of America
Address: 1600 Pennsylvania Ave. NW
City: Washington  State: DC  Zip Code: 20500
County: District of Columbia
Telephone Number: 202-456-1111
E-Mail Address (if known):

☒ Individual capacity  ☐ Official capacity

Defendant No. 2
Name:
Job or Title (if known):
Address:
City:  State:  Zip Code:
County:
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity  ☐ Official capacity

Defendant No. 3
- Name
- Job or Title *(if known)*
- Address

*City*  *State*  *Zip Code*

- County
- Telephone Number
- E-Mail Address *(if known)*

☐ Individual capacity  ☐ Official capacity

Defendant No. 4
- Name
- Job or Title *(if known)*
- Address

*City*  *State*  *Zip Code*

- County
- Telephone Number
- E-Mail Address *(if known)*

☐ Individual capacity  ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

N/A

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

The First Ammendment of the United States Constitution Article 1 Including the Free exercise of religion and the Freedom of Speech, or of the press were both violated by Joseph Biden.

The Fourteenth Ammendment Section 1 of the U.S. Constitution - Biden wrote an Executive Mandate that Abridged the priveledges of the citizens including the plaintiff Equal protection rights

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Joseph Biden purported to Act in the performance of his official Duties As President of the United States of America when he signed an Anti-Constitutional Mandate - See Attached. "Biden Under Color of Federal Law."

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? My entire life, career, health was Affected when Joseph Biden wrote the executive order for vaccination against Covid-19. The stress of choosing between my religious beliefs or losing my source of income, life and happiness was overwhelming. The mental stress affected my sleep, my focus and my Attention Needed for my family.

B. What date and approximate time did the events giving rise to your claim(s) occur? September 9, 2021 - When Joseph Biden signed the Covid-19 vaccination Order. November 4, 2021 Two major vaccination policies affected 2/3 of American workers - to the present Day - Joseph Biden is continuing to violate my civil rights.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attached
"Statement of Claim"

# BIDEN ACTED UNDER COLOR OF FEDERAL LAW

On January 20, 2021, President Joseph R Biden JR took an oath to preserve, protect, and defend the constitution of the United States of America. In his inauguration ceremony, he swore with his left hand on the BIBLE and his Right Hand held up in affirmation that "I, Joseph Robinette Biden JR. Do solemnly swear that I will faithfully execute the office of President of the United States. And will to the best of my ability to preserve, protect, and defend the Constitution of the United States, so help me God".

https://www.c-span.org/video/?508135-3/president-biden-2021-inaugural-ceremony

Less than eight months after taking this important oath for office of the President of the United States and Employee of the People, On September 9, 2021, President Joseph R Biden signed an Anti-Constitutional Executive order claiming that *"By the authority vested in me as President by the Constitution and the laws of the United States of America, including the Federal Property and Administrative Services Act, 40 U.S.C. 101 et seq., and section 301 of title 3, United States Code, and in order to promote economy and efficiency in procurement by contracting with sources that provide adequate COVID-19 safeguards for their workers, it is hereby ordered as follows:………… Section 1. Policy. This order promotes economy and efficiency in Federal procurement by ensuring that the parties that contract with the Federal Government provide adequate COVID-19 safeguards to their workers performing on or in connection with a Federal Government contract or contract-like instrument as*

1

*described in section 5(a) of this order."* ……………………… This Unconstitutional order applied to "any *workplace locations (as specified by the Task Force Guidance) in which an individual is working on or in connection with a Federal Government contract or contract-like instrument (as described in section 5(a) of this order."* Under the "Covid-19 safeguards, Vaccinations and mask wearing are included". Not only did Jospeh Biden use his executive authority as President of the United States to use the power of two governmental agencies the Center for Medicare and Medicaid Services (CMS) and The Department of Labor's Safety and Health Administration (OSHA) to force millions of workers including the Plaintiff to inject a substance into their bodies or get fired (EXHIBIT A) but he also used his executive authority to force Federal Employees to inject a substance into their bodies. Biden uses the word (I) in his unconstitutional mandate "I have determined that it is necessary to require Covid-19 vaccination for all Federal Employees, subject to such exceptions by law." (Exhibit B page 2, paragraph 2). In the following video at 9 min 30 seconds, President Jospeh Biden specifically states that "I have that Federal authority" https://www.c-span.org/video/?514532-1/president-biden-outlines-plan-delta-variant-vaccinations.

This selective form of Governmental Mandates and coercion to get the vaccine or get fired policies also violates the Fourteenth Amendment Rights of Equal protection and Rights of all citizens.

After issuing these unconstitutional mandates, Jospeh Robinette Biden Jr. Used his Executive authority as President of the United States and the power of the

2

government via the FBI to encourage by coercion the social-media platforms to suppress free speech of the citizens of the United States.

In coercing Twitter and Facebook using the FBI as a police force, Jospeh Biden's focus was to cause the people of the United States including the Plaintiff to receive misinformation about the Covid-19 virus and Vaccination and treatments. This act of suppressing free speech that Jospeh Biden committed deprives the people of the United States of their First Amendment Right of the United States Constitution right to Freedom of Speech, or of the press. The First Amendment is intended to 'preserve uninhibited marketplace of ideas in which truth will ultimately prevail. '... *Mulligan v. Nichols,* 835 F.3d 983, 989 (9th Cir. 2016) (citations omitted) Jospeh Biden specifically used the power of the government in meetings, emails, phone calls, follow-up meetings, and his executive authority to pressure social-media platforms to change their policies and to suppress free speech.pg 119 of *State of Missouri, et al, versus Joseph R Biden Jr. Et al.* (Exhibit C).

When Biden ordered the anti-constitutional mandate, not only did he lie about the safety of the vaccine "emergency FDA approval" *(see Pfizer Confidential report available upon request of the court)* Biden also used the FBI and other agencies to coerce the Media, and social media platforms to "hide the truth" There is strong evidence that Biden is following his playbook when threatening social media giants; *The Dialogue in Hell Between Machiavelli and Montesquieu (Joly & Waggoner 2002)* page 65 Machiavelli: " I'll let you live on one condition, that you don't try to block my progress or discredit my power. I don't want to have to summon you every day before the courts or to be constantly resorting to the law to curb your infarction."

3

Biden used his executive power as President to use the Power of the FBI as a police force to control the information the American people are allowed to hear. Joseph Biden is to this same day is using the FBI to control the information that is available through the internet and other social media and news outlets to the American people.

Plaintiff respectfully requests that this civil claim be filed under "Class Action" due to the select class of Americans whose same Constitutional Rights were violated, thus satisfying the requirement of Rule number 23 of this court for Class Actions.

Respectfully Submitted,

Rachel Robertson

State of Ohio
County of Franklin

Sworn to and subscribed before me this 2 day of August, 2023



## "Class Action"
## Statement of Claim

Joseph Robinette Biden Jr. became President of the United States. On January 20, 2021, he took an oath to protect the laws and the Constitution of the United States of America. Less than eight months after taking office On September 9, 2021, President Biden wrote an anti-constitutional mandate using *the Federal Property and Administrative Services Act, 40 U.S.C. 101 et seq., and section 301 of title 3, United States Code, and in order to promote economy and efficiency in procurement by contracting with sources that provide adequate COVID-19 safeguards for their workers, it is hereby ordered as follows………. Section 1. Policy. This order promotes economy and efficiency in Federal procurement by ensuring that the parties that contract with the Federal Government provide adequate COVID-19 safeguards to their workers performing on or in connection with a Federal Government contract or contract-like instrument as described in section 5(a) of this order."* (Exhibit D)

I was directly affected by this mandate. My daily life as I knew it prior to this executive order changed drastically. Every day I faced the fear of losing my job due to not being vaccinated. This constant fear affected my family life, church life, and life at work. My significant other was pressuring me into just "going along with it". "If I lose my job, my children and I won't have a home to live in, the kids won't have health insurance". I lost sleep at night and had countless arguments with my significant other about the "what Ifs" of not getting vaccinated. In my heart, I knew that I could not violate my conviction of not injecting a mandated substance into my body. I since the vaccine mandate, resigned from my position at work and due to the ongoing vaccine

1

mandate policies, I was not able to transfer to another warehouse close to my home. I have not been able to secure an equivalent job that provides health insurance for myself and family.

ON November 4, 2021, Biden Continued his attack on the citizens of the United States by purporting two governmental agencies the CMS and OSHA to force vaccinations on millions of American workers. Plaintiff is a representative of the millions of American workers who were forced to face this incredibly life-devastating choice of either inject a substance into your body or lose your job, livelihood, and life.

When President Biden signed the anti-constitutional executive order for vaccine mandate, he stepped outside his job description as the President of the United States. When he did this, he was outside the "outer perimeter" of his official duties in which the "entire perimeter" is within the laws of the constitution of the United States, therefore making Joseph Biden Personally liable for his actions.

Thankfully in January of 2022, the Supreme court ruled the mandate unconstitutional and the policy to get vaccinated was halted.

President Biden instigated an attack on the unvaccinated citizens of the United States of America. President Biden's verbal and administrative attack on the unvaccinated citizens is a direct attack against those who stand for religious freedom including the Plaintiff (see https://www.c-span.org/video/?514532-1/president-biden-outlines-plan-delta-variant-vaccinations)

After issuing these unconstitutional mandates and attack on the unvaccinated citizens of the United States, Jospeh Robinette Biden Jr. Used his Executive authority as

2

President of the United States used the power of the government to coerce and encourage social-media platforms to suppress free speech to cause the people of the United States including the Plaintiff to receive misinformation about the Covid-19 virus and Vaccination and treatments. Specifically, he used the threat of amending Section 230 of the Communication Decency act to "punish" the social media platforms who do not adhere to his demands. President Biden used the words "protect the Vaccinated from the unvaccinated" thus creating a segregation between the two classes of citizens. President Biden promoted fear and hatred towards the unvaccinated by speaking out against the unvaccinated (which includes the Plaintiff) and by using the FBI to Coerce Social media platforms to only encourage speech that promotes vaccine uptake versus natural immunity to the Covid-19 virus.

President Biden's anti-constitutional mandates and threats not only deprived the plaintiff of her constitutional rights to Freedom of speech, and to exercise her religious beliefs, Biden's mandates abridged the privileges of the citizens of the United States to enjoy the equal protection of the laws within their own states. The Covid-19 vaccination mandates deprived millions of workers their right to life, liberty, and the pursuit of happiness.

Therefore, the vaccination mandates executed by Jospeh Robinette Biden Jr on September 9, 2021, and on November 4, 2021, are closely related to the deprivation of the rights of not only the plaintiff, but ALL the United States workers who fell under one of the anti-constitutional mandates. Joseph Biden's anti-constitutional mandate is to the moving force that caused the ultimate injury(injuries) to the Plaintiff. President Jospeh Biden continues to this very day to use governmental agencies to

coerce social media platforms to censor free speech and to attack citizens who are supporting the Constitution of the United States of America.

God and millions of United States Citizens were direct witnesses of this President's actions; However, I am going to provide a list of a few citizens that will become key witnesses whose testimonies provide evidence of the allegations in this statement of Claim.

Respectfully submitted,

*Rachel Robertson*

Rachel Robertson

STATE OF OHIO
COUNTY OF FRANKLIN
SWORN TO AND SUBSCRIBED BEFORE ME THIS 2 DAY OF AUGUST, 2023

*[Notary signature]*

*[Notary seal: MATTHEW DAVID HALL - NOTARY PUBLIC, STATE OF OHIO, COMM EXP: MAR 19, 2028]*

4

## List of witnesses

Mike Caldwell- Coworker at previous employer

GOD

Mike Johnson- U.S. Representative- Louisiana

Chair Jim Jordan- Head of the House Judiciary Committee- investigating the weaponization of the Federal Government

Mark Levin- Author, Attorney

Kevin McCarthy- Speaker of the U.S. House of Representatives

Rebel McComis- Supervisor at Previous Employer under the Federal Contractor Mandate

Sara Mitchell- co-worker at Previous Employer

Michael Shellenberger- Breakthrough Institute and California Peace Coalition Co-founder

Matt Taibbi- Author and investigative Reporter- Racket News

# Relief

Due to his blatant attack on the civil rights of the Plaintiff, Rachel Robertson, and of her Freedom of Speech and for vagrantly trampling on constitutional rights of the Plaintiff, the Plaintiff requests that Joseph R Biden Jr fund a public access radio and television station in the amount of $400,000 per year for not less than eight years. The public access station will be free of any signal interruptions and will be based through a local cable station in Columbus, OH. The Plaintiff will manage and format the stations and contract with an independent local production company to provide production of the public's programs. Rachel Robertson will obtain a Public and Broadcasting License through the FCC.

The community of Columbus Ohio will have access to a TV and Radio Station in which the equipment will be provided for the public to use to create self-expressive video programming.

Plaintiff requests any other relief as allowed by law.

Due to the massive attack on the Freedom of speech by the coercion of social media platforms by President Joseph Biden, if the claim is a class action suit, Plaintiff requests that the covid-19 relief surplus money be used to provide uninterrupted public access stations in every city in America whose State requests the funding for their citizens. Public access stations allow uncensored freedom of speech (following PEG station Policy) This type of access to free speech will allow the citizens of America who were affected by Joseph Biden's action to tell their stories and hopefully prevent a reoccurrence of this overreaching Despotism.

Respectfully submitted.

*Rachel Robertson* (signature)

Rachel Robertson

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mental stress and depression are the major injuries I suffered. The stress that I faced from the choice of either get vaccinated or lose my income that supports my family and provides medical insurance for my children that pays for our home was overwhelming. The stress affected my every day life from the time I got up to the time I went to bed. Then I would Not be able to sleep or sleep well due to the fear (stress). The Dates are from September 9, 2021 to the present Day. President Joseph Biden continues his violations of civil rights under the color of Law to this Day — August 2, 2023

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Due to the extreme and horrific results from a violation Under Title 17 Section 242 and considering the overwhelming suppression of freedom of Speech, Plaintiff requests the courts to order Joseph Biden to pay to the City of Columbus for the use of Public Access.

See Attached
"relief"

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-2-2023

Signature of Plaintiff: *Rachel Robertson*

Printed Name of Plaintiff: Rachel Robertson

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address